# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE:    BOSTON SCIENTIFIC CORP.,
          PELVIC REPAIR SYSTEM
          PRODUCTS LIABILITY LITIGATION            MDL NO. 2326

THIS DOCUMENT RELATES TO THE
CASES LISTED ON EXHIBIT A

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order entered today, the court **ORDERS** that judgment be entered in favor of the remaining defendant, and that each case on Exhibit A to the Memorandum Opinion and Order be dismissed without prejudice and stricken from the docket of this court.

The court **DIRECTS** the Clerk to send a copy of this order to counsel of record.

ENTER: June 3, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-04575 | Palvic v. Ethicon, Inc. |
| 2:16-cv-04581 | Osborne v. Ethicon, Inc. |